**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NALCO COMPANY, <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOLENIS LLC, <br> a Delaware corporation, <br><br> Defendant. | Civil Action No. 15cv8913 |

**COMPLAINT FOR PATENT INFRINGEMENT**

Nalco Company ("Nalco"), for its Complaint, states and alleges as follows:

**THE PARTIES**

1. Plaintiff, Nalco, is a corporation duly organized and existing under the laws of the State of Delaware and has a principal place of business at 1601 W. Diehl Road, Naperville, Illinois 60563-1198.

2. On information and belief, Defendant, Solenis LLC ("Solenis" or "Defendant"), is a corporation existing under the laws of the State of Delaware, and has a principal place of business at 3 Beaver Valley Road, Suite 500, Wilmington, DE 19803. Solenis is registered to do business in the State of Illinois with an agent for service of process at 208 South LaSalle St., Suite 814, Chicago, Illinois 60604.

3. Nalco and Defendants are both involved and active in the sale of chemical additives for industrial processes such as papermaking. Solenis has used and is currently selling for use by their papermaking customers a filler and fiber optimizing program and product called OptiFill$^{SM}$.

## JURISDICTION AND VENUE

4. This is a claim of patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C. §§ 271; 281-285.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Personal jurisdiction and venue in this District are proper under 28 U.S.C. § 1391 and 1400(b). Solenis has systematic and continuous contacts with the State of Illinois and this District. It is registered to do business in the State of Illinois with an agent for service of process at 208 South LaSalle St., Suite 814, Chicago, Illinois 60604.

## COUNT I
### Direct Patent Infringement of U.S. Patent No. 8,465,623

7. On June 18, 2013, United States Patent No. 8,465,623 ("the '623 patent") entitled Method of Improving Dewatering Efficiency, Increasing Sheet Wet Web Strength, Increasing Sheet Wet Strength and Enhancing Filler Retention In Papermaking was duly and legally issued to Plaintiff Nalco as assignee of the inventors Yulin Zhao, Jun Li, Qing Long Rao, and Weiguo Cheng. Plaintiff Nalco is the owner of the entire right, title and interest in and to the '623 patent and has been the owner of the patent

throughout the period of Defendant's infringement and still is the owner thereof. The '623 patent is attached as Exhibit A.

8. Defendant's use of certain paper processing aids or chemicals, including the OptiFill$^{SM}$ program, directly infringes the '623 patent. Defendant has used and continues to use the OptiFill$^{SM}$ program in a method that infringes the '623 patent in at least one paper processing plant in the United States. Specifically, Defendant's use of the OptiFill$^{SM}$ program infringes at least claim 19 of the '623 patent.

9. Plaintiff has provided Defendant notice of the '623 patent and infringement thereof by at least the filing of this Complaint.

10. Defendant's infringement of the '623 patent, from at least the date of this Complaint, is and continues to be willful and deliberate.

11. Plaintiff has been damaged by Defendant's infringement of the '623 patent and will continue to be damaged in the future unless Defendant is preliminarily and permanently enjoined from infringing said patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a. A judgment that Defendant has infringed United States Patent No. 8,465,623;

b. An injunction enjoining and restraining Defendant, its officers, directors, agents, servants, employees, customers, attorneys and all others acting under or through it, directly or indirectly, from infringing and inducing the infringement of United States Patent No. 8,465,623;

      c.  A judgment and order requiring Defendant to pay damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, with interest;

      d.  A judgment and order directing Defendant to pay the costs of this action (including all disbursements) and attorney fees as provided by 35 U.S.C. § 285, with interest; and

      e.  Such other and further relief as this Court may deem just and equitable.

## DEMAND FOR A JURY TRIAL

Nalco hereby demands a trial by jury of all issues so triable.

Respectfully Submitted,

Date: October 7, 2015

s/Anthony R. Zeuli
Anthony R. Zeuli (IL #6231415, MN#274884)
Rachel Zimmerman Scobie (MN #314171)
Anneliese Mayer (MN #323536)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax:  612.332.9081

David E. Morrison
Oscar Alcantara
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

*Attorneys for Nalco Company*